PHILLIP A. TALBERT
First Assistant United States Attorney,
Acting Under Authority Conferred by 28 U.S.C. § 515
MATTHEW R. BELZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2758
Facsimile: (916) 554-2900
matthew.belz@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KIRA HUTCHERSON,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN 1 CREDIT UNION,<br><br>Defendant. | CASE NO. 2:19-CV-00197 JAM EFB<br><br>**ORDER** |

The Relator, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States, having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that, this action is dismissed without prejudice as to the Relator and as to the United States.

This 5th day of May, 2020.

_____

/s/ John A. Mendez_____
United States District Court Judge

1